# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Murphy, Margaret H. | United States Bankruptcy Court | 05/12/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Bankruptcy Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

75 Spring Street SW
1290 United States Courthouse
Atlanta, GA 30303-3367

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murphy, Margaret H. | 05/12/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Conference of Bankruptcy Judges | 04/06/2014 - 04/08/2014 | Kansas City, MO | Mid-Year Meeting | Airfare, lodging and meals to attend NCBJ Mid-Year Meeting |
| 2. | National Conference of Bankruptcy Judges | 10/07/2014 - 10/11/2014 | Chicago, IL | Annual Meeting | Airfare, lodging and meals to attend NCBJ Annual Meeting |
| 3. | ICLE in Georgia and Georgia Bar Assn Bankruptcy Section | 10/23/2014 - 10/24/2014 | Greensboro, GA | Annual Bankruptcy Section Seminar | Lodging one night, attend State Bar seminar in Greensboro, GA |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murphy, Margaret H. | 05/12/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Visa (2) | Credit Card | J |
| 2. | Visa | Credit Card | J |
| 3. | American Express (3) | Credit Card | J |
| 4. | Mastercard | Credit Card | J |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murphy, Margaret H. | 05/12/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Associated Credit Union (ACU) | A | Dividend | J | T | | | | | |
| 2. ACU | A | Dividend | J | T | | | | | |
| 3. ACU | A | Dividend | J | T | | | | | |
| 4. Wells Fargo, Atlanta | A | Interest | J | T | | | | | |
| 5. Series EE Bonds | | None | J | T | | | | | |
| 6. Apt in Residence, Atlanta (Fulton County) GA | D | Rent | L | W | | | | | |
| 7. SCHWAB BROKERAGE ACCOUNT | | | | | | | | | |
| 8. Schwab US Treasury Money Fund | A | Interest | J | T | | | | | |
| 9. SCHWAB REVOCABLE TRUST | | | | | | | | | |
| 10. Schwab US Treasury Money Fund | A | Interest | J | T | | | | | |
| 11. SCHWAB ROTH IRA | | | | | | | | | |
| 12. Aberdeen Emerging Markets | A | Dividend | K | T | Buy | 10/24/14 | K | | |
| 13. Forward Select Income Institutional | B | Int./Div. | K | T | | | | | |
| 14. Mainstay Marketfield | | None | | | Sold | 10/23/14 | K | A | |
| 15. SCHWAB IRA | | | | | | | | | |
| 16. Schwab US Treasury Money Fund | | None | L | T | | | | | |
| 17. Aberdeen Emerging Markets | A | Dividend | K | T | Buy (add'l) | 04/14/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murphy, Margaret H. | 05/12/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. DoubleLine Total Return Bond Fund | D | Interest | M | T | | | | | |
| 19. First Eagle Overseas Fund | B | Dividend | M | T | Sold (part) | 07/08/14 | J | A | |
| 20. Forward Select Income Institutional | B | Int./Div. | K | T | | | | | |
| 21. FPA Crescent Fund | A | Dividend | K | T | Sold (part) | 05/07/14 | J | B | |
| 22. Gotham Absolute Return Fund Institutional | | None | L | T | Buy | 08/06/14 | M | | |
| 23. | | | | | Sold (part) | 12/26/14 | K | B | |
| 24. iShares S&P 500 Growth | A | Dividend | L | T | Sold (part) | 07/08/14 | J | C | |
| 25. iShares High Dividend Equity | A | Dividend | | | Sold | 04/07/14 | L | E | |
| 26. Litman Gregory Masters International Fund | | None | | | Sold | 05/14/14 | M | E | |
| 27. Mainstay Marketfield | | None | | | Sold | 10/17/14 | K | A | |
| 28. Matthews Asia Dividend Fund | B | Dividend | L | T | Sold (part) | 04/14/14 | J | A | |
| 29. Metwest Unconstrained Bond | A | Interest | L | T | Buy | 12/02/14 | L | | |
| 30. Pimco All Asset All Authority | B | Dividend | K | T | | | | | |
| 31. Pimco Income Institutional Class | D | Interest | M | T | | | | | |
| 32. Pimco Unconstrained Bond Fund Instl Cl | A | Interest | | | Sold | 09/26/14 | L | C | |
| 33. Robeco Boston Partners L/S Equity Fund | | None | J | T | Sold (part) | 09/04/14 | K | B | |
| 34. Schwab US Dividend Equity ETF | B | Dividend | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murphy, Margaret H. | 05/12/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. SPDR Index Shares FDS DJ Euro Stoxx 50 ETF | B | Dividend | | | Sold | 08/06/14 | L | D | |
| 36. Tweedy Browne Global Value | B | Dividend | M | T | | | | | |
| 37. UBS Alerian MLP Infrastructure | D | Int./Div. | M | T | Buy | 04/07/14 | J | | |
| 38. | | | | | Buy | 12/26/14 | K | | |
| 39. | | | | | Sold (part) | 06/02/14 | K | C | |
| 40. Vanguard Dividend Appreciation | B | Dividend | L | T | Sold (part) | 11/18/14 | K | D | |
| 41. Vanguard Dividend Growth Fund | B | Dividend | M | T | | | | | |
| 42. Vanguard Energy Fund | | None | | | Sold | 04/07/14 | J | B | |
| 43. Vanguard Short Term Bond | A | Interest | | | Buy | 09/26/14 | L | | |
| 44. | | | | | Sold | 12/02/14 | L | A | |
| 45. Vanguard Total Intl stock Idex ETF | B | Dividend | L | T | Buy | 05/14/14 | L | | |
| 46. Vanguard Total Stock Market | C | Dividend | M | T | Buy (add'l) | 04/07/14 | L | | |
| 47. | | | | | Sold (part) | 08/06/14 | L | E | |
| 48. ABS 3 (C)(1) LP | | None | N | V | | | | | |
| 49. | | | | | | | | | |
| 50. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murphy, Margaret H. | 05/12/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VI.   Item No. 1.   Visa (2)   Value (J)  each
           Item No. 3 American Express (3)     Value  (J) each

Part VII, Line 48,  ABS 3 (C)(1) value is updated monthly based on values of underlying investments that it holds.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Margaret H. Murphy**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544